### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

GARY J. MASON,                                                                                          PETITIONER
ADC # 132991

v.                                              5:15CV00363-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                       RESPONDENT

### ORDER

Mr. Mason, an inmate in the Arkansas Department of Correction Tucker Unit, filed a Motion for Leave to Proceed in forma pauperis (Doc. No. 1) and a *pro se* Petition for a Writ of Habeas Corpus. (Doc. No. 2.) However, his Application to Proceed Without Prepayment of Fees and Affidavit is incomplete. Mr. Mason must also submit a calculation sheet prepared and signed by an authorized official of the prison.

Mr. Mason shall submit within twenty-one days from the entry date of this Order either the $5.00 filing fee or a proper and complete Application with **calculation sheet and certified copy of his trust fund account statement for the preceding six months**. Mr. Mason's failure to comply with this Order may result in the dismissal of his case without prejudice. The Clerk of the Court shall mail Mr. Mason an Application to Proceed Without Prepayment of Fees and calculation sheet.

Wendy Kelley's name is spelled incorrectly on the docket sheet. The Clerk shall also correct the docket sheet to reflect the correct spelling of Ms. Kelley's name.

SO ORDERED this 1st day of December, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE