IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| GARY J. MASON, | * | |
| ADC #132991 | * | |
|     Petitioner, | * | |
| v. | * | |
| | * | No. 5:15CV00363-JJV |
| WENDY KELLEY, Director, | * | |
| Arkansas Department of Correction | * | |
| | * | |
|     Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 11th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE